IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| TOMMIE D. SCHEXNAYDER §<br>§<br>*Plaintiff,* §<br>§<br>VS. §<br>§<br>DISCOUNT VENTURES LLC §<br>§<br>*Defendant.* § | CIVIL ACTION NO. 1:24-CV-00280<br>JUDGE MICHAEL J. TRUNCALE |

## **ACKNOWLEDGEMENT OF JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Court has received the Parties' Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP 41(a)(1) filed in the above-referenced matter. [Dkt. 10]. The Parties previously advised that they had reached a settlement regarding all claims asserted in this matter and now stipulate to a dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) thereof. The Court hereby acknowledges that the Parties' claims filed herein are **DISMISSED WITH PREJUDICE**, effective the date of the stipulation of dismissal.

All Parties shall bear their own attorneys' fees and costs, and all motions not previously ruled on are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 18th day of November, 2024.**

Michael J. Truncale
United States District Judge